UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Kathryn A. Jaibur,
Debtor

Case No. 18-14130-MSH
Chapter 13

OBJECTION TO DEBTOR'S FIFTH AMENDED CHAPTER 13 PLAN

Now Comes Wells Fargo Bank, NA and files its objection to the Debtor's Fifth Amended Chapter 13 Plan. In support of its objection, Wells Fargo Bank, NA states as follows:

1. Wells Fargo Bank, NA is the holder of the first mortgage on the debtor's property located 7 Woodridge Lane, Amesbury, MA.

2. The mortgage to Wells Fargo Bank, NA is in default with a pre-petition arrearage of $26,614.88. See Claim #7.

3. The debtor's Fifth Amended Chapter 13 Plan is essentially the same as the prior plans to which Wells Fargo Bank, N.A. objected and which objections were sustained. The plan states in part as follows: *"This is a Sale Plan, whereby the debtor is selling her residence at 7 Woodridge Lane, Amesbury, MA 01913. All of the net proceeds of the sale of the property are exempt pursuant to M.G.L. c.188. There is an equity cushion therefore from the proceeds of the sale, the debtor shall pay both the first mortgagee (Wells Fargo Bank, N.A.) and second mortgagee (Institution for Savings) in full (principal balance, pre-petition arrears and accrued post-petition payments). The debtor has engaged with Court approval, a broker, Ann Olmstead (RE/MAX). The property has been listed and is currently being shown to prospective buyers. The debtor shall execute a Purchase and Sale Agreement with a buyer by September 16, 2019 pursuant to an Order of the Court dated July 18, 2019 [Document #123]."*

4. Wells Fargo Bank, N.A. reiterates its objection to the debtor's plan and previous four plans. The plan provides for no payment of the $26,614.88 in pre-petition arrears to Wells Fargo Bank, NA. as required by 11 U.S.C. § 1325 (a)(5)(B)(iii)(II).

5. The Debtor's Fifth Amended Chapter 13 Plan provides for no ongoing monthly Mortgage payments as required by 11 U.S.C. § 1322(b)(5).

6. The debtor's proposed plan is not confirmable under 11 U.S.C. §1325(a)(5) as it does not have the assent of the creditor, it does not cure and maintain payments and it does not surrender the property.

7. Finally, a sale plan, as proposed, requires a balloon payment in violation of 11 U.S.C. §1325 (a)(5)(B)(iii)(I).

8. The debtor is continuously and knowingly filing the same unconformable plan over and over again – simply changing the wording of the additional provision.



WHEREFORE, Wells Fargo Bank, NA respectfully requests that the Court deny confirmation of the debtor's Fifth Amended Chapter 13 Plan or for such other relief as the Court deems just and proper.

        Respectfully submitted,
        Wells Fargo Bank, NA,
        By its Attorney
        /s/Richard T. Mulligan

        _____
        Richard T. Mulligan
        BBO#  567602
        Harmon Law Offices, P.C.
        PO Box 610389
        Newton Highlands, MA 02461
        (617)558-0500
        mabk@harmonlaw.com

Dated:August 30, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Kathryn A. Jaibur,<br>Debtor | Case No. 18-14130-MSH<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on _August 30, 2019_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wells Fargo Bank, NA using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Jeffrey Kitaeff
David T. Mazzuchelli
Carolyn Bankowski
John Fitzgerald
Joshua A. Burnett

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Kathryn A. Jaibur
7 Woodridge Lane
Amesbury, MA 01913

Ann Olmstead
RE/MAX On the River
11 Market Square
Newburyport, MA 01950

Roger D. Turgeon, Esq.
14 Washington Street
Haverhill, MA 01832

    Respectfully submitted,
    Wells Fargo Bank, NA,
    By its Attorney
    /s/Richard T. Mulligan

    _____
    Richard T. Mulligan
    BBO#  567602
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated:August 30, 2019