UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Kathryn A. Jaibur,<br>Debtor | Case No. 18-14130-MSH<br>Chapter 13 |
|---|---|

**RESPONSE TO DEBTOR'S MOTION FOR SALE OF PROPERTY**
**FREE AND CLEAR OF LIENS UNDER § 363(F)**

Now comes Wells Fargo Bank, NA in response to the debtor's Motion for Motion for Sale of Property Free and Clear of Liens Under § 363(f) and states as follows:

Wells Fargo Bank, NA is the holder of a first mortgage on the property located at 7 Woodridge Lane, Amesbury, MA 01913.

1. Wells Fargo Bank, NA does not object to the sale of the property as long as its loan is paid in full according to a proper payoff quote. Any sale short of full payoff will be subject to Wells Fargo Bank, N.A.'s final approval.

2. In addition, Wells Fargo Bank, N.A. requests that the deadline for the sale closing and receipt of funds be within ninety (90) days from the date of the Order.

WHEREFORE, Wells Fargo Bank, NA requests respectfully requests that the Court allow the debtors' Motion for Sale of Property Free and Clear of Liens under §363(f) subject to payment in full and that the deadline for the sale closing and receipt of funds be within ninety (90) days from the date of the Order and order such other relief as the Court deems just and proper.

Respectfully submitted,
Wells Fargo Bank, NA,
By its Attorney
/s/Richard T. Mulligan
_____
Richard T. Mulligan



BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated:September 25, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Kathryn A. Jaibur,<br>Debtor | Case No. 18-14130-MSH<br>Chapter 13 |

### CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on _September 25, 2019_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Wells Fargo Bank, NA using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Jeffrey Kitaeff
Carolyn Bankowski
John Fitzgerald
Joshua A. Burnett
David T. Mazzuchelli

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Kathryn A. Jaibur
7 Woodridge Ln
Amesbury, MA 01913-4004

Amesbury Tax Collector
62 Friend St
Amesbury, MA 01913

Ann Olmstead
RE/MAX On the River
11 Market Square
Newburyport, MA 01950

Roger D. Turgeon, Esq.
14 Washington Street
Haverhill, MA 01832

    Respectfully submitted,
    Wells Fargo Bank, NA,
    By its Attorney
    /s/Richard T. Mulligan
    _____
    Richard T. Mulligan

        BBO#  567602
        Harmon Law Offices, P.C.
        PO Box 610389
        Newton Highlands, MA 02461
        (617)558-0500
        mabk@harmonlaw.com

Dated:September 25, 2019